## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO. 24-11453-SMR |
|   CRAIG KELLERT COHEN, § | | |
| DEBTOR § | | CHAPTER 7 |

### Debtor's Pay Advices

Debtor's pay advices / income for the 60-day period prior to the filing of the Original Petition, and last paystub from last employment.

 

Respectfully submitted,

**The Gallini Firm, PLLC**

*/s/ S. Jason Gallini*
S. Jason Gallini
TX Bar No. 24044887
PO Box 1283
Round Rock, Texas 78680
(512) 238-8883 Telephone
(512) 276-6742 Facsimile
jasongallini@gallinifirm.com
**Attorney for Debtor**

# Payment Summary List

## Claimant Information

**Name:**
CRAIG COHEN

**Social Security Number (SSN):**
XXX-XX-4610

## Claim Information

There are no benefits left on your current claim, which is in effect until May 24, 2025. You may file a new claim on May 25, 2025.

| | |
|---|---|
| Claim Type: | Regular Unemployment Benefits |
| Claim Start Date: | - - - |
| Weekly Benefit Amount: | $448.00 |
| Maximum Possible Benefits: | $7,344.00 |
| Benefits Paid to Date: | $7,344.00 |
| Benefits Remaining: | $0.00 |
| Your Scheduled Filing Day is : | SUNDAY |

## Payment Summary

| Week(s) | TWC Processed Date | Deduction(s) | Payment |
|---|---|---|---|
| Sep 22, 2024 to Sep 28, 2024 | - - - | $0.00 | $0.00 |
| Sep 15, 2024 to Sep 21, 2024 | - - - | $18.00 | $158.00 |
| Sep 08, 2024 to Sep 14, 2024 | - - - | $45.00 | $403.00 |
| Sep 01, 2024 to Sep 07, 2024 | - - - | $45.00 | $403.00 |
| Aug 25, 2024 to Aug 31, 2024 | - - - | $45.00 | $403.00 |
| Aug 18, 2024 to Aug 24, 2024 | - - - | $45.00 | $403.00 |
| Aug 11, 2024 to Aug 17, 2024 | - - - | $45.00 | $403.00 |
| Aug 04, 2024 to Aug 10, 2024 | - - - | $45.00 | $403.00 |
| Jul 28, 2024 to Aug 03, 2024 | - - - | $45.00 | $403.00 |
| Jul 21, 2024 to Jul 27, 2024 | - - - | $45.00 | $403.00 |
| Jul 14, 2024 to Jul 20, 2024 | - - - | $45.00 | $403.00 |
| Jul 07, 2024 to Jul 13, 2024 | - - - | $45.00 | $403.00 |
| Jun 30, 2024 to Jul 06, 2024 | - - - | $45.00 | $403.00 |
| Jun 23, 2024 to Jun 29, 2024 | - - - | $45.00 | $403.00 |
| Jun 16, 2024 to Jun 22, 2024 | - - - | $45.00 | $403.00 |
| Jun 09, 2024 to Jun 15, 2024 | - - - | $45.00 | $403.00 |
| Jun 02, 2024 to Jun 08, 2024 | - - - | $45.00 | $403.00 |
| May 26, 2024 to Jun 01, 2024 | - - - | $45.00 | $403.00 |

| Statement of Earnings For: | Craig Cohen | | | | | Moonies Burger House III (0190AYXH) |
|---|---|---|---|---|---|---|
| Employee #: | 1 | Division: | | Period Begin: | 3/3/2024 | 3500 Hamlet Cv |
| Clock Number: | | Department: | | Period End: | 3/16/2024 | ROUND ROCK, TX 78664 |
| SSN: | XXX-XX-4610 | Federal Filing: | Single | Exemptions: | 9 | Additional Tax: |
| Company Id: | 0190AYXH | State Filing: | | Exemptions: | 0 | Additional Tax: |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V112344453 | $0.00 | $500.00 | $461.75 | |

| EARNINGS | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary | | 80.00 | 500.00 | 160.00 | 1,000.00 | SOC SEC EE | 31.00 | 62.00 | | | |
| | | | | | | MED EE | 7.25 | 14.50 | | | |
| Total: | | 80.00 | 500.00 | 160.00 | 1,000.00 | Total: | 38.25 | 76.50 | Total: | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | Account: XXXXX9241 | Deposit Amount: 461.75 |

Moonies Burger House III (0190AYXH)
3500 Hamlet Cv
ROUND ROCK, TX 78664

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/22/2024 | V112344453 |

| TOTAL NET PAY |
|---|
| ********$461.75 |

Your entire Net pay of $461.75 has been deposited in your bank account(s).

1
**Craig Cohen**
3500 Hamlet Cove
ROUND ROCK, TX 78664

**NOT NEGOTIABLE**

# Payment Summary List

## Claimant Information

**Name:**
MARIA YBARRA

**Social Security Number (SSN):**
XXX-XX-6201

## Claim Information

There are no benefits left on your current claim, which is in effect until Aug 16, 2025. You may file a new claim on Aug 17, 2025.

| | |
|---|---|
| Claim Type: | Regular Unemployment Benefits |
| Claim Start Date: | - - - |
| Weekly Benefit Amount: | $448.00 |
| Maximum Possible Benefits: | $5,346.00 |
| Benefits Paid to Date: | $5,346.00 |
| Benefits Remaining: | $0.00 |
| Your Scheduled Filing Day is : | SUNDAY |

## Payment Summary

| Week(s) | TWC Processed Date | Deduction(s) | Payment |
|---|---|---|---|
| Nov 03, 2024 to Nov 09, 2024 | - - - | $0.00 | $418.00 |
| Oct 27, 2024 to Nov 02, 2024 | - - - | $0.00 | $448.00 |
| Oct 20, 2024 to Oct 26, 2024 | - - - | $0.00 | $448.00 |
| Oct 13, 2024 to Oct 19, 2024 | - - - | $0.00 | $448.00 |
| Oct 06, 2024 to Oct 12, 2024 | - - - | $0.00 | $448.00 |
| Sep 29, 2024 to Oct 05, 2024 | - - - | $0.00 | $448.00 |
| Sep 22, 2024 to Sep 28, 2024 | - - - | $0.00 | $448.00 |
| Sep 15, 2024 to Sep 21, 2024 | - - - | $0.00 | $448.00 |
| Sep 08, 2024 to Sep 14, 2024 | - - - | $0.00 | $448.00 |
| Sep 01, 2024 to Sep 07, 2024 | - - - | $0.00 | $448.00 |
| Aug 25, 2024 to Aug 31, 2024 | - - - | $0.00 | $448.00 |
| Aug 18, 2024 to Aug 24, 2024 | - - - | $0.00 | $448.00 |